# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **VS.** | ) | **CRIMINAL NO. 05-00343-CG** |
| **AVRILL LEWIS BUTCHER, III,**<br>    **Defendant.** | ) | |

## ORDER

On this date, the defendant appeared before the undersigned for a revocation hearing. The defendant submitted a signed waiver of the hearing, and admitted the violations set forth in the petition. After hearing from the parties, the Court **MODIFIED** the defendant's conditions of supervised release to include that the defendant shall participate in a substance abuse in-patient treatment program as directed by the Probation Office. The revocation hearing is held in abeyance pending the defendant's successful completion of the program. The Court admonished the defendant regarding further violations, and instructed the Probation Office to provide the Court with status reports on the defendant's progress every six months. The U. S. Marshal is **ORDERED** to release the defendant from custody upon notification from the Probation Office that arrangements have been made for transfer to an in-patient drug treatment program.

**DONE** this the 30th day of June, 2009.

/s/ Callie V. S. Granade  
CHIEF UNITED STATES DISTRICT JUDGE